U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 3 0 2009

CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BOB L. MOORE, | § |
| Petitioner, | § |
| v. | § 2:09-CV-0177 |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On September 14, 2009, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending that petitioner's application for federal habeas corpus relief be dismissed for failure to state a cognizable habeas corpus claim. On September 28, 2009, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _29th_ day of _September_ 2009.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE